**Order entered October 28, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01583-CR

**BENJAMIN KNIGHTEN BURCH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F09-00319-Q**

## ORDER

A letter sent to appellant notifying him of the Court's submission date was returned by the Texas Department of Criminal Justice with the handwritten notation "deceased" on the envelope. The Clerk of the Court contacted the Texas Department of Criminal Justice and spoke with an official at the Wynne Unit, who notified the Clerk of the Court that appellant passed away on September 12, 2015.

Accordingly, under Texas Rule of Appellate Procedure 7.1(a)(2), we **PERMANENTLY ABATE** this appeal.

/s/     MOLLY FRANCIS
        JUSTICE